AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Cardinal Health, Inc., <br> *Plaintiff* <br> v. <br> National Union Fire Insurance Company of Pittsburgh, PA. <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 2:20-cv-5854 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Order filed 7/28/2021. The Court GRANTS Defendant's Request to File a Reply Instanter ECF No. [30] and OVERRULES Defendant's Objection ECF No. [28]. This case is hereby REMANDED, and the Clerk is DIRECTED to return the case to the Franklin County Court of Common Please and close it on this Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 07/28/2021

CLERK OF COURT

*Christie M. Werni*
Signature of Clerk or Deputy Clerk